STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

**FILED**

Aug 16 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 18-CR-347 JSW |
|     Plaintiff, | ORDER GRANTING |
|     v. | NOTICE OF DISMISSAL |
| MARK JOSEPH COULTER, | |
|     Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Mark Joseph Coulter and moves that the Court quash the arrest warrant issued in connection with the indictment in this case against Mark Joseph Coulter.

DATED: August 13, 2022

                                                                                           Respectfully submitted,

                                                                                           STEPHANIE M. HINDS
                                                                                           United States Attorney

                                                                                           *Thomas A. Colthurst*

                                                                                           THOMAS A. COLTHURST
                                                                                           Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 18-CR-347 JSW                                                                          v. 8/4/2021

## **ORDER**

Leave is granted to the government to dismiss the indictment against Mark Joseph Coulter in the above-captioned matter. It is further ordered that the arrest warrant issued in connection with the indictment in this case is quashed.

Date: August 16, 2022

_____
HON. JEFFREY S. WHITE
United States District Judge